IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| Hilton Cooper, | ) | C/A No.: 3:16-3783-JMC-SVH |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| South Carolina Department of Health and Environmental Control, | ) | |
| Defendant. | ) | |

This action was removed to this court on December 1, 2016. [ECF No. 1]. Pursuant to the First Amended Scheduling Order, dispositive motions, if any, were to be filed by no later than October 18, 2017. [ECF No. 15]. This deadline has now expired.

Because the discovery and dispositive motions deadline in this case have passed and no dispositive motions were filed, this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.

IT IS SO ORDERED.

October 19, 2017  Shiva V. Hodges
Columbia, South Carolina  United States Magistrate Judge